**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-7410

QUINTON F. CROOM,

Plaintiff – Appellant,

v.

OFFICER FULLEN, K9 Unit,

Defendant – Appellee,

and

WARDEN SAM YOUNG,

Defendant.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Jackson L. Kiser, Senior District Judge. (7:09-cv-00399-jlk-mfu)

Submitted: January 18, 2011          Decided: January 27, 2011

Before NIEMEYER, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Quinton F. Croom, Appellant Pro Se. John Michael Parsons, Assistant Attorney General, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Quinton F. Croom appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Croom v. Fullen, No. 7:09-cv-00399-jlk-mfu (W.D. Va. Sept. 28, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED